S.D. TX Civ. Minutes Dist. Judge 6-84

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
F I L E D
3-20-97
MICHAEL N. MILBY, CLERK
BY DEPUTY _____

# COURTROOM MINUTES

JUDGE __Ewing Werlein, Jr._____ PRESIDING

COURTROOM CLERK ____Phyllis Baker____

COURT REPORTER ____E. Reed____

LAW CLERK ____K. Toth____

MORNING SESSION ____/____       AFTERNOON SESSION ____/____       DATE: __3-20-97__

CA __H-95-1262__

__MMAR Group__ V. __Dow Jones__

## DOCKET ENTRY

( EW ) __11th__ Day Jury Trial / ~~Bench Trial~~       (Rptr- __E. Reed__ )
(PROCEEDING)

Appearances: __Same as previous days.__

( ) Jury impaneled     ( ) Trial begins     ( ) Evidence presented
( ) Evidence concluded     ( ) Final arguments     ( ) Court's charge to the jury
(✓) Jury deliberating          (✓) Trial Ends
(✓) Form Final Judgment due by: __3-27-97__     ( ) FOF & COL read into the record.

Recessed Until:

All add'l Mtns due by 3-27-97; Responses due 3-31-97.

