CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
3-20-97
MICHAEL N. MILBY, CLERK
BY DEPUTY Baker

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MMAR GROUP, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 95-1262 |
| | § | |
| DOW JONES & CO., INC. and | § | |
| LAURA JERESKI, | § | |
| | § | |
| Defendants. | § | |

## VERDICT

We, the jury find in this case, unanimously, as indicated in the answers to the foregoing Special Interrogatories.

Signed at Houston, Texas, this 20 day of March, 1997.



_____
Karen Hattaway
FOREPERSON OF THE JURY

