CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
May 23, 1997
MICHAEL N. MILBY, CLERK
BY DEPUTY H. Dippen

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
MAY 27 1997
Michael N. Milby, Clerk

| | |
|---|---|
| MMAR GROUP, INC., § | |
| § Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-95-1262 |
| § | |
| DOW JONES & COMPANY, INC. and § | |
| LAURA JERESKI, § | |
| § Defendants. § | |

## FINAL JUDGMENT

This action came on for trial before the Court and a jury, and the issues having been duly tried and the jury having duly rendered its verdict, and the Court having this day granted in part Defendants' Post-Verdict Motion for Judgment as a Matter of Law, it is

ORDERED and ADJUDGED that MMAR Group, Inc., the plaintiff in this case ("MMAR"), recover from Dow Jones & Company, Inc., a defendant in this case ("Dow Jones"), and/or Laura Jereski, a defendant in this case ("Jereski"), the following monetary relief:

1. twenty-two million seven-hundred thousand dollars ($22,700,000.00) from Dow Jones and Jereski, jointly and severally, in compensatory damages ("Amount No. 1");

2. prejudgment interest from Dow Jones and Jereski, jointly and severally, on Amount No. 1 beginning on October 20, 1994, and ending on the day before the signing of this Judgment calculated at the rate of ten per cent (10%) per annum computed as simple interest ("Amount No. 2");

3. twenty thousand dollars ($20,000.00) from Jereski in exemplary damages ("Amount No. 3");

4. costs of suit from Dow Jones and Jereski, jointly and severally ("Amount No. 4");

199

5.  post-judgment interest from Dow Jones and Jereski, jointly and severally, on the combined sum of Amount Nos. 1, 2, and 4 from the day of the signing of this Judgment until date paid calculated at the rate of 5.88% per annum, compounded annually;

6.  post-judgment interest from Jereski on Amount No. 3 from the day of the signing of this Judgment until date paid calculated at 5.88% per annum, compounded annually.

Any relief prayed for by the parties and not expressly granted herein is DENIED.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, this 23rd day of May, 1997.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE