| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JAN 0 5 2000

Michael N. Milby, Clerk of Court

MMAR GROUP, INC., §
          §
     Plaintiff, §
          §     C. A. NO. 95-1262
v.        §
          §
DOW JONES & CO., INC., §     JURY TRIAL DEMANDED
and LAURA JERESKI, §
          §
     Defendants. §

# AGREED FINAL JUDGMENT

The Court, having carefully considered the AGREED MOTION TO DISMISS WITH PREJUDICE (the "Motion") filed by MMAR Group, Inc., the plaintiff in this case ("Plaintiff"), and Dow Jones & Company, Inc. and Laura Jereski, the defendants in this case ("Defendants"), finds that the Motion should be granted. It is accordingly, ORDERED that:

1. this case be and is hereby dismissed with prejudice;

2. Plaintiff and Defendants shall bear their own costs; and

3. any relief prayed for by any party to this case against any other party or person in this case that is not expressly granted herein is hereby expressly denied.

SIGNED in Houston, Texas, this 5th day of ~~December, 1999~~ January, 2000.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

330